### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| **JOSH LIMAS,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:20-CV-00177** |
| | § | |
| **RBYFT-TIG LAREDO, LLC** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

### STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff, Josh Limas, and BBVA USA, successor by merger to defendant, South Texas National Bank of Laredo hereby stipulate to the dismissal of plaintiff's claims against South Texas National Bank of Laredo with prejudice.  The parties shall each bear their own costs incurred herein.

WHEREFORE, premises considered, the parties respectfully request the court enter an order dismissing this case against South Texas National Bank of Laredo with prejudice and for any and all other relief to which the parties may show themselves justly entitled.  Plaintiff's claims against Defendant **RBYFT-TIG LAREDO, LLC** shall remain pending.

Dated:  December 29, 2020              Respectfully submitted,

By: */s/   R. Bruce Tharpe*
    R. Bruce Tharpe
    LAW OFFICE OF
    R. BRUCE THARPE, PLLC
    PO Box 101
    Olmito, TX 78575
    (956) 255-5111 (Tel)
    Email: questions@BruceTharpeLaw.com

**ATTORNEY OF RECORD FOR
PLAINTIFF JOSH LIMAS**

By: */s/   Monica Summers*

Arlene K. Kline
Florida Bar No. 104957
AKERMAN LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401-6183
Telephone: 561.653.5000
Facsimile: 561.659.6313
arlene.kline@akerman.com
Monica Summers
SBN: 24083594, FBN: 1760115
AKERMAN LLP
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
Telephone: 210.582.0220
Facsimile: 210.582.0231
monica.summers@akerman.com

**ATTORNEYS FOR SOUTH TEXAS
NATIONAL BANK OF LAREDO**